# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
### WILSON DIVISION

IN THE MATTER OF:   RONNIE MCCRARY
WILMA YVONNE MCCRARY

CASE NO:   99-03462-8-ATS

## REPORT ON UNCLAIMED DIVIDENDS

The undersigned Trustee, having concluded administration of the above estate, respectfully reports unto the Court:

1. That checks were issued to certain creditors in payment of dividends due in the distribution of the estate, and said checks have been returned to the undersigned as a result of insufficient or incorrect mailing addresses of the creditor-payee, or said checks have not been cashed by the creditor-payee, said checks being as follows:

| NAME AND LAST KNOWN ADDRESS | AMOUNT | DATE ISSUED |
| --- | --- | --- |
| AMERICAN HONDA FINANCE<br>PO BOX 7247-0214<br>PHILADELPHIA, PA  19170 | $567.86 | 11/06/03 |

2. That the undersigned Trustee has made a diligent effort to determine the present mailing address or whereabouts of the creditor-payee, and that all efforts have been unsuccessful;

WHEREFORE, the undersigned Trustee desires to pay unto the Court said unclaimed dividends pursuant to 11 U.S.C. 347.

DATED:   JUL 0 2 2004

TRAWICK H. STUBBS, JR.
CHAPTER 13 TRUSTEE
P. O. BOX 1618
NEW BERN, NC  28563
(252) 633-0074